# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

David Hakim,

Plaintiff(s),

v.

Safariland LLC et al,

Defendant(s).

Case No. 1:15-cv-06487
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) David Hakim as to Third Claim.
and against defendant(s) Safariland LLC and Defense Technology Corporation of America
in the amount of $7,500,000.00 ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Safariland LLC and Defense Technology Corporation of America as to First Claim and Second Claim.
and against plaintiff(s) David Hakim
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Thomas M. Durkin presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge     on a motion

Date: 4/18/2022                                      Thomas G. Bruton, Clerk of Court

                                                     E. Wall, Deputy Clerk