IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID HAKIM, | ) |
| Plaintiff, | ) ) ) ) Case No. 1:15-cv-06487 |
| v. | ) ) |
| SAFARILAND, LLC and DEFENSE TECHNOLOGY CORPORATION OF AMERICA, | ) Honorable Thomas M. Durkin ) ) ) |
| Defendants. | ) |

ORDER

THIS MATTER coming before the Court on defendant's motion to stay execution of the judgment pending final resolution of the appeal and to approve the appeal bond (R.268), due notice having been given, and the Court being fully advised;

IT IS HEREBY ORDERED that defendants' motion is granted. Appeal surety bond No. 47-SUR-200102-01-0009, with Berkshire Hathaway Specialty Insurance Co., as surety, in the amount of $8,100,000 in the form attached to defendants' motion is approved.

IT IS FURTHER ORDERED that execution on the judgment entered on April 18, 2022 is stayed pending final resolution of the appeal and upon further order of this Court;

IT IS FURTHER ORDERED that defendants shall tender the above original appeal surety bond to the Clerk of this Court for safekeeping pending final resolution of the appeal and upon further order of this Court.

ENTERED:

*Thomas M Durkin*

Honorable Thomas M. Durkin
United States District Judge

DATED: May 17, 2022