IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID HAKIM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 1:15-cv-06487 |
| | ) | |
| SAFARILAND, LLC and | ) | Honorable Thomas M. Durkin, |
| DEFENSE TECHNOLOGY | ) | Judge Presiding |
| CORPORATION OF AMERICA, | ) | |
| | ) | Magistrate Judge: Jeffrey Cole |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO AWARD PREJUDGMENT INTEREST AND COSTS

Now comes the Plaintiff, David Hakim, by and through his attorney, Edmund J. Scanlan, and in response to the Defendants' Motion to Approve Appeal Bond, states as follows:

1. Plaintiff has no objection to the amount of the $8,100,000 appeal bond this Court has approved.

2. The Seventh Circuit has held:

> "In diversity cases governed by *Erie* federal courts look to state law to determine the availability of (and rules for computing) prejudgment interest."

*Medcom Holding Co. v. Baxter Travenol Labs*, 106 F.3d 1388, 1405 (7th Cir 1997).

3. Plaintiff requests that this Court rule on plaintiff's eligibility for prejudgment interest pursuant to 735 ILCS 5/2-1303(c).

4. 735 ILCS 5/2-1303(c), providing for prejudgment interest, became effective July 1, 2021. Accordingly, plaintiff is requesting 6% interest from July 1, 2021 (effective date of statute) to April 18, 2022 (date of the judgment).

5. Plaintiffs also ask this Court to award costs pursuant to Fed. R. Civ. P. 54 and LR 54.1.

Wherefore, the Plaintiff, David Hakim, respectfully requests that this Honorable Court find Plaintiff is entitled to prejudgment interest and costs pursuant to Fed. R. Civ. P. 54 and LR 54.1 and 735 ILCS 5/2-1303(c),

Respectfully submitted,

By: /s/ *Edmund J. Scanlan*
Attorney for Plaintiff
30 North Michigan Avenue, Suite 1024
Chicago, Illinois 60602
Telephone: 312.422.0343
Facsimile: 312.422.0358
Email: ejs@scanlanlawgroup.com
ARDC #: 2466643

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2022, I electronically filed the foregoing **Plaintiff's Motion to Award Prejudgment Interest and Costs** with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following CM/ECF registered participants with the System.

John W. Patton, Jr. jpatton@pattonryan.com
Todd M. Porter tporter@pattonryan.com
Patton & Ryan, LLC
330 North Wabash, Suite 3800
Chicago, IL 60611

Paul V. Esposito pesposito@clausen.com
Melinda S. Kollross mkollross@clausen.com
William W. Leathem wleathem@clausen.com
Clausen Miller PC
10 South LaSalle Street
Chicago, IL 60603

/s/ *Edmund J. Scanlan*
Attorney for Plaintiff
30 North Michigan Avenue, Suite 1024
Chicago, Illinois 60602
Telephone: 312.422.0343
Facsimile: 312.422.0358
Email: ejs@scanlanlawgroup.com
ARDC #: 2466643

3