# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## NOTICE OF ISSUANCE OF MANDATE

September 12, 2023

To:  Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

|  |  |
|---|---|
| No. 22-1861 | DAVID HAKIM,<br>                  Plaintiff - Appellee<br><br>v.<br><br>SAFARILAND, LLC and DEFENSE TECHNOLOGY<br>CORPORATION OF AMERICA,<br>                  Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 1:15-cv-06487 |
| Northern District of Illinois, Eastern Division |
| District Judge Thomas M. Durkin |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                    No record to be returned

form name: **c7_Mandate**    (form ID: **135**)