# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 21, 2023

**CERTIFIED COPY**

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before

DIANE S. SYKES, *Chief Judge*
JOEL M. FLAUM, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*

| No. 22-1861 | DAVID HAKIM,<br>    Plaintiff - Appellee<br><br>v.<br><br>SAFARILAND, LLC and DEFENSE TECHNOLOGY<br>CORPORATION OF AMERICA,<br>    Defendants - Appellants |
|---|---|

| **Originating Case Information:** |
|---|
| District Court No: 1:15-cv-06487 |
| Northern District of Illinois, Eastern Division |
| District Judge Thomas M. Durkin |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

*Christopher Conway*

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)